AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wilson, Charles R. | USCA - 11th Circuit | 11/19/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Circuit Judge | ☐ Nomination    Date<br>☐ Initial   ☑ Annual    ☐ Final<br>5b. ☑ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

U.S. Courthouse
801 N. Florida Avenue, Suite 16-B
Tampa, FL 33602

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Advisory Council Member | Notre Dame Law School Advisory Council |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Charles R. | 11/19/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Notre Dame | 11/02/2017-11/05/2017 | South Bend, IN | Advisory Council Meeting | lodging and meals |
| 2. | American Bar Association | 02/10/2017-02/11/2017 | New Orleans, LA | Moot Court Competition | lodging, meals and airfare |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wilson, Charles R.** | 11/19/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Mortgage on second home (Santa Rosa Beach, FL (part VII, line 1) | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Charles R. | 11/19/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property, Santa Rosa Beach, FL | E | Rent | O | W | | | | | |
| 2. Regions 401K(H) | | | | | | | | | |
| 3. Regions Stock Fund | A | Dividend | L | T | | | | | |
| 4. Dodge Cox Int'l Stock Fund | A | Dividend | J | T | | | | | |
| 5. Eaton Vance AG Smith Cap Fdl | A | Dividend | J | T | | | | | |
| 6. Vanguard Windsor II Fund | A | Dividend | J | T | | | | | |
| 7. Morley Stable Value Fund Free 315 | A | Dividend | J | T | | | | | |
| 8. Chase IRA (H) | | | | | | | | | |
| 9. JP Morgan US Gov't MM Funds-Institutional SHS-QVESQ | A | Interest | J | T | | | | | |
| 10. Blackrock Midcap Index FD BRMKX | A | Dividend | | | Sold (part) | 05/15/17 | J | A | |
| 11. Blackrock Midcap Index Fd BRMKX | A | Dividend | | | Sold | 07/12/17 | J | A | |
| 12. Blackrock Int'l Index Fund - BTMKX | A | Dividend | J | T | Buy (add'l) | 05/15/17 | J | | |
| 13. Blackrock Int'l Index Fund - BTMKX | A | Dividend | J | T | Buy (add'l) | 07/12/17 | J | | |
| 14. Brown Advisory Fds Strategic EUROPEAN EQI INSTL - BAFHX | A | Dividend | J | T | | | | | |
| 15. Dodge & Cox Int'l Fds - DODFX | A | Dividend | J | T | | | | | |
| 16. I Shares MSCI Japan ETF - EWJ | A | Dividend | J | T | Buy | 01/06/17 | J | | |
| 17. I Shares MSCI Japan - EWJ | A | Dividend | J | T | Buy | 01/09/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. I Shares MSCI Eafe ETF EFA | A | Dividend | J | T | | | | | |
| 19. JP Morgan - TR 1 EQ FD Class L - JMUEX (See line VIII) | | None | J | T | Sold (part) | 05/15/17 | J | A | |
| 20. Massachusetts Investors Trust - MITIX | A | Dividend | J | T | | | | | |
| 21. SPDR S & P 500 ETF Trust - SPY | A | Dividend | K | T | | | | | |
| 22. SPDR S 7 P 500 ETF Trust - SPY | A | Dividend | K | T | Sold (part) | 05/19/17 | J | A | |
| 23. Vanguard Index TR - Vanguard 500 Index - VFIAX | A | Dividend | J | T | | | | | |
| 24. Vanguard Index TR VFIAX | A | Dividend | J | T | Sold (part) | 01/04/17 | J | A | |
| 25. Vanguard Index TR VFIAS | A | Dividend | J | T | Buy | 07/12/17 | J | | |
| 26. Causeway Cap Int'l Trust - CIVIX | A | Dividend | J | T | Buy | 07/12/17 | J | | |
| 27. Dodge & Cox Inc Fd - DODIX | A | Dividend | J | T | | | | | |
| 28. Dodge & Cox Inc Fd DODIX | A | Dividend | J | T | Buy | 11/28/17 | J | | |
| 29. Federated Int'l TR - FIHBX (see VIII) | A | Dividend | J | T | | | | | |
| 30. John Hancock Income Funds - CL 1 - JSTIX | A | Dividend | J | T | | | J | | |
| 31. MFS SER TR Emerging MEDIX | A | Dividend | J | T | | | | | |
| 32. Pimco Fds PAC Inv PIGIX | A | Dividend | J | T | | | | | |
| 33. Pimco Total Return PTTRX | A | Dividend | J | T | | | | | |
| 34. Pimco Total Return PTTRX | A | Dividend | J | T | Buy | 11/28/17 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Charles R. | 11/19/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard Charlotte Fds - VTABX | A | Dividend | J | T | Buy | 04/25/17 | | | |
| 36. Vanguard Fixed Income- VFIDX | A | Dividend | J | T | | | | | |
| 37. Vanguard Short Term Bond - VBIRX | A | Dividend | J | T | | | | | |
| 38. Vanguard Int'l Equity Index - VGK | A | Dividend | J | T | Buy | 05/17/17 | J | | |
| 39. MFS Research Int'l Fund - MRSIX (see VIII) | A | Dividend | J | T | | | | H2 | |
| 40. Harris Inv TR - Oakmark OANMX (see VIII) | A | Dividend | J | T | | | | | |
| 41. JP Morgan TR11 JHYUX (see VIII) | A | Dividend | | | Sold | 07/11/17 | J | | |
| 42. JP Morgan TR11 JHYUX (see VIII) | A | Dividend | | | Sold | 11/23/17 | J | | |
| 43. JP Morgan TR 11 High Yield - OHYFX | A | Dividend | | | Sold | 07/12/17 | J | | |
| 44. Lord Abbett Short Due LOLDX (see VIII) | A | Dividend | | | Sold (part) | 07/12/17 | J | | |
| 45. Mainstay High Yield MHYIX (see VIII | A | Dividend | | | Sold (part) | 11/28/17 | J | | |
| 46. T Rowe Price New Inc - PRCIX (see VIII) | A | Dividend | J | T | | | | | |
| 47. JP Morgan Core BD JCBBUX (see VIII) | A | Dividend | J | T | Sold (part) | 04/25/17 | J | | |
| 48. Vanguard Bd Index Fund Inc. Total BD Market JDX-VBTLX | A | Dividend | | | Sold | 04/25/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Charles R. | 11/19/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note:
1) MFS Research MRSIX exchange MRSKX 07/14/17
2) Oakmark Fund OAKMX exchange OANMX 06/09/17
3) JP Morgan TR11 ONYFX exchange JHYUX 10/20/17
4) Lord Abbett Sh DUR LLDYX exchange LOLDX 05/12/17
5) Mainstay High Yield MHYIX exchange MHYSX 09/08/17
6) T Rowe Price PRCIX exchange PRXEX 03/10/17
7) JP Morgan Core Bd WODBX exchange JCBUX 10/06/17
8) Federated Instrl High Yield FIHBX exchange FIXLX 03/10/17
9) J P Morgan TR US Eq JMUEX exchange JUEMX 08/11/17

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Charles R. | 11/19/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Charles R. Wilson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544